IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00072-RPM

ROBERT SUND,

     Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

     Defendant.

---

ORDER AMENDING CAPTION

---

     Pursuant to the Stipulated Motion to Amend the Caption (Doc. #6), filed on February 14, 2007, it is

     ORDERED that the motion is granted and the caption is amended to reflect the correct insuring defendant as State Farm Fire & Casualty Company.

     Dated: February15th , 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge