## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  2007-cv-00072-RPM

ROBERT SUND,

      Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,

      Defendant.

___

## ORDER FOR DISMISSAL WITH PREJUDICE
___

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendant, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby dismissed WITH PREJUDICE, each party to pay their own costs.

DATED this 19th day of March, 2007.

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    District Court Judge